United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA DE LOURDES GOMEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-25-5491 |
| | § | |
| WARDEN RANDALL TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

DISMISSAL WITHOUT PREJUDICE

Pending is Maria De Lourdes Gomez's Motion to Close Case (Document No. 16), representing that Petitioner has been released from detention. It is therefore

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 30th day of September, 2026.

Ewing Werlein, Jr.
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE